## IN RE: AFFINITY LABS OF TEXAS, LLC, Appellant

**2016-1756**

United States Court of Appeals, Federal Circuit.

March 17, 2017

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by WILLIAM MANSKE.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Of-

---

fice, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, JOSEPH MATAL, SCOTT WEIDENFELLER, BRIAN RACILLA.

(Prost, Chief Judge, Mayer and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**